# PCourt of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0002.  DOLLISON v. THE STATE.**

This appeal was docketed in this Court on August 17, 2015.  The appellant's enumeration of errors and brief were due to be filed no later than September 8, 2015. The appellant did not timely file an enumeration of errors or brief as required. Accordingly, this appeal is DISMISSED.  Court of Appeals Rule 23 (a).

The Clerk of this Court is directed to send a copy of this order directly to the appellant, David Dollison.  The Clerk shall also send a copy of this order to Mr. Dollison's appellate counsel, Melvin L. Dansby.  Mr. Dansby is directed to forward an additional copy of this order to Mr. Dollison.

Mr. Dollison, your appeal has been DISMISSED because your appellate counsel failed to timely file an enumeration of errors and a brief on your behalf.  If you have decided you do not want to appeal, you do not need to take any further action.  If, however, you still want to appeal, you may have the right to an **OUT-OF-TIME** APPEAL- BUT  YOU MUST TAKE ACTION to exercise that right by moving for an **out-of-time** appeal in the trial court, the Superior Court of Fulton County.  If your motion for an **out-of-time** appeal is granted, the trial court should appoint another appellate counsel to represent you, if you want appellate counsel and cannot afford to pay for appellate counsel.  If your motion for an **out-of-time** appeal is denied by the trial court, you may appeal that denial to this Court within 30 days of the trial court's order denying an **out-of-time** appeal.  *Rowland v. State*, 264 Ga.

872, 874-876 (452 SE2d 756) (1995); *Reese v. State,* 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___10/02/2015___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*